

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER GRANTING REHEARING

Appellate case name:     NLD, Inc. v. Kenny Huang a/k/a Kenny Hsieh-Huang

Appellate case number:     01-17-00885-CV

Trial court case number:  2017-020259

Trial court:                333rd District Court of Harris County

The court **grants** Appellee Kenny Huang's motion for rehearing and vacates its opinion and judgment dated December 6, 2018. Appellee Kenny Huang's motion for en banc reconsideration is moot.

The court will issue a separate order scheduling this case for oral argument.

Justice's signature:  /s/ Evelyn Keyes
                      Acting for the Court

Panel consists of: Justices Keyes and Lloyd

Date: February 14, 2019